**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD STUART GILLESPIE,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendants. | Case No. EDCV 13-01374-VAP<br>***EDCV 13-1740-VAP***<br>EDCR 08-00218-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Donald Gillespie's Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 29, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge